IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRPESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SILEGO TECHNOLOGY, INC.,<br><br>    Defendant.<br>_____/ | No. C-13-4412 MMC<br><br>**ORDER RE: CHAMBERS COPIES** |

    On October 2, 2013, the above-titled action was reassigned to the undersigned.

    To facilitate the Court's review of the instant matter, the parties are hereby DIRECTED to submit in single-sided format all chambers copies of documents filed in the future.  See Civil L.R. 3-4 (setting forth the requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

    **IT IS SO ORDERED.**

Dated:  October 15, 2013

                                             MAXINE M. CHESNEY<br>
                                             United States District Judge