Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Marisa Armanino Williams (State Bar No. 264907)
Email address: marisa.armanino@kayescholer.com
Robert S. Magee (State Bar No. 271443)
Email address: robert.magee@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Robert R. Laurenzi (NY Registration No. 3024676) *(Pro Hac Vice)*
Email address: robert.laurenzi@kayescholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598
Telephone: (212) 836-8000
Facsimile: (212) 836-8999

Terence Woodsome (State Bar No. 240908)
Email address: twde@cypress.com
CYPRESS SEMICONDUCTOR CORPORATION
198 Champion Court
San Jose, California 95134
Telephone: (408) 544-1035
Facsimile: (408) 456-1821

Attorneys for Plaintiff and Counterclaim Defendant
CYPRESS SEMICONDUCTOR CORPORATION

KAYE | SCHOLER LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SILEGO TECHNOLOGY, INC.,<br><br>Defendant and Counterclaim Plaintiff. | Case No. 5:13-cv-04412-MMC<br><br>**CYPRESS SEMICONDUCTOR CORPORATION'S ANSWER TO SILEGO TECHNOLOGY, INC.'S COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff and Counterclaim-Defendant Cypress Semiconductor Corporation ("Cypress"), hereby replies as follows to the Answer to Complaint for Patent Infringement, and Counterclaims for Declaratory Judgment of Defendant and Counterclaim-Plaintiff Silego Technology, Inc. ("Silego").

1-56. Paragraphs 1-56 of the Answer and Counterclaims contain Silego's responses to the Complaint filed by Cypress on September 24, 2013 and therefore do not require a response from Cypress. To the extent any allegations in paragraphs 1-56 of the Answer and Counterclaims require a responsive pleading, Cypress denies those allegations.

## COUNTERCLAIMS

### PARTIES

1. Cypress is informed and believes and on that basis admits that Silego is a Delaware corporation having a principal place of business at 1715 Wyatt Drive, Santa Clara, CA 95054.

2. Admitted.

### JURISDICTION AND VENUE

3. Cypress admits that the counterclaims purport to state a claim under the patent laws, Title 35, United States Code and under Title 28, United States Code, §§ 2201 and 1338(a). Cypress denies, however, that Silego's counterclaims have any factual or legal basis.

4. Admitted.

5. Admitted.

### FIRST COUNTERCLAIM
**Declaratory Judgment Of Non-Infringement And Invalidity Of U.S. Patent No. 6,910,126**

6. Cypress restates its allegations set forth above as if separately set forth herein.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

KAYE | SCHOLER LLP

11. Paragraph 11 of the counterclaims contains no allegations to which a response is required. To the extent one or more allegations concerning infringement of the ‘126 Patent are found in paragraph 11, Cypress denies such allegations.

12. Paragraph 12 of the counterclaims contains no allegations to which a response is required. To the extent one or more allegations concerning the validity of the ‘126 Patent are found in paragraph 12, Cypress denies such allegations.

13. Denied.

14. Denied.

**SECOND COUNTERCLAIM**
**Declaratory Judgment Of Non-Infringement And Invalidity of U.S. Patent No. 7,221,187**

15. Cypress restates its allegations set forth above as if separately set forth herein.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Paragraph 20 of the counterclaims contains no allegations to which a response is required. To the extent one or more allegations concerning infringement of the ‘187 Patent are found in paragraph 20, Cypress denies such allegations.

21. Paragraph 21 of the counterclaims contains no allegations to which a response is required. To the extent one or more allegations concerning the validity of the ‘187 Patent are found in paragraph 21, Cypress denies such allegations.

22. Denied.

23. Denied.

**THIRD COUNTERCLAIM**
**Declaratory Judgment Of Non-Infringement And Invalidity of U.S. Patent No. 7,825,688**

24. Cypress restates its allegations set forth above as if separately set forth herein.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Paragraph 29 of the counterclaims contains no allegations to which a response is required. To the extent one or more allegations concerning infringement of the ‘688 Patent are found in paragraph 29, Cypress denies such allegations.

30. Paragraph 30 of the counterclaims contains no allegations to which a response is required. To the extent one or more allegations concerning the validity of the ‘688 Patent are found in paragraph 30, Cypress denies such allegations.

31. Denied.

32. Denied.

**PRAYER FOR RELIEF**

Cypress denies that Silego is entitled to any relief whatsoever, either as prayed for in its counterclaims or otherwise.

**JURY DEMAND**

Cypress hereby demands a trial by jury on all issues and claims so triable.

Dated: December 12, 2013

Respectfully submitted,
KAYE SCHOLER LLP

By *\/s/ Michael J. Malecek*
Michael J. Malecek
Attorneys for Plaintiff and Counterclaim Defendant
CYPRESS SEMICONDUCTOR CORPORATION

KAYE | SCHOLER LLP