| | |
|---|---|
| Michael J. Malecek (SBN 171034)<br>michael.malecek@kayescholer.com<br>Marisa Armanino Williams (SBN 264907)<br>marisa.armanino@kayescholer.com<br>Robert S. Magee (SBN 271443)<br>robert.magee@kayescholer.com<br>KAYE SCHOLER LLP<br>Two Palo Alto Square, Suite 400<br>3000 El Camino Real<br>Palo Alto, California 94306<br>Telephone:    (650) 319-4500<br>Facsimile:    (650) 319-4700 | Robert T. Haslam, III (SBN 71134)<br>rhaslam@cov.com<br>Anupam Sharma (SBN 229545)<br>asharma@cov.com<br>Charlin Chia-Ning Lu (SBN 271121)<br>clu@cov.com<br>Patrick Norton Flynn (SBN 286108)<br>pflynn@cov.com<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, California 94605<br>Telephone:    (650) 632-4709<br>Facsimile:    (650) 632-4800 |
| Robert R. Laurenzi (NY Reg. No. 3024676)<br>*(Pro Hac Vice)*<br>robert.laurenzi@kayescholer.com<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York 10022-3598202) 783-6040<br>Telephone:    (212) 836-8000<br>Facsimile:    (212) 836-8999 | Attorneys for Defendant and Counterclaim Plaintiff SILEGO TECHNOLOGY, INC. |

Terence Woodsome (SBN 240908)
twde@cypress.com
CYPRESS SEMICONDUCTORCORPORATION
198 Champion Court
San Jose, California 95134
Telephone:    (408) 544-1035
Facsimile:    (408) 456-1821

Attorneys for Plaintiff and Counterclaim Defendant
CYPRESS SEMICONDUCTOR CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>SILEGO TECHNOLOGY, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No.   5:13-cv-04412-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>**[Civ. L.R. 16-2(e)]** |

# STIPULATION

WHEREAS Plaintiff filed its complaint in this matter on or about September 24, 2013, Defendant filed its answer and counterclaims on or about November 18, 2013, and Plaintiff filed its answer to Defendant's counterclaims on or about December 12, 2013;

WHEREAS in its Case Management Conference Order filed on October 8, 2013, the Court set a Case Management Conference for Friday, January 17, 2014 at 10:30am;

WHEREAS the parties have conferred and agree that a brief continuance of the Case Management Conference is warranted and will not materially affect the schedule in this case;

WHEREAS counsel have consulted the Court's standing orders and website for available dates, and they can be available for a continued Case Management Conference on Friday, February 7, 2014 at 10:30am or at another date and time more convenient for the Court;

NOW, THEREFORE, IT IS STIPULATED BY AND AMONG THE PARTIES that, pursuant to Local Civil Rule 16-2(e) and with the Court's approval, the Case Management Conference in this matter shall be continued to Friday, February 7, 2014 at 10:30am. The last day to file the Case Management Statement shall be January 31, 2014. The last day to comply with ADR L.R. 3-5(b) and meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan shall be January 17, 2014.

**IT IS SO STIPULATED.**

Dated: December 19, 2013         KAYE SCHOLER, LLP


                                 By:   */s/ Michael J. Malecek*
                                       Michael J. Malecek
                                 Attorneys for Plaintiff and Counterclaim Defendant
                                 CYPRESS SEMICONDUCTOR CORPORATION

Dated: December 19, 2013         COVINGTON & BURLING LLP


                                 By:   */s/ Robert Haslam*
                                       Robert Haslam
                                 Attorneys for Defendant and Counterclaim Plaintiff
                                 SILEGO TECHNOLOGY, INC.

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Case Management Conference currently set for Friday, January 17, 2014 at 10:30am shall be continued to Friday, February 7, 2014 at 10:30am. The last day to file the Case Management Statement shall be January 31, 2014. The last day to comply with ADR L.R. 3-5(b) and meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan shall be January 17, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: December 20, 2013



HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE