Michael J. Malecek (SBN 171034)
michael.malecek@kayescholer.com
Marisa Armanino Williams (SBN 264907)
marisa.armanino@kayescholer.com
Robert S. Magee (SBN 271443)
robert.magee@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone:    (650) 319-4500
Facsimile:    (650) 319-4700

Robert R. Laurenzi (NY Reg. No. 3024676)
*(Pro Hac Vice)*
robert.laurenzi@kayescholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598202) 783-6040
Telephone:    (212) 836-8000
Facsimile:    (212) 836-8999

Terence Woodsome (SBN 240908)
twde@cypress.com
CYPRESS SEMICONDUCTORCORPORATION
198 Champion Court
San Jose, California 95134
Telephone:    (408) 544-1035
Facsimile:    (408) 456-1821

Attorneys for Plaintiff and Counterclaim Defendant
CYPRESS SEMICONDUCTOR CORPORATION

Robert T. Haslam, III (SBN 71134)
rhaslam@cov.com
Anupam Sharma (SBN 229545)
asharma@cov.com
Charlin Chia-Ning Lu (SBN 271121)
clu@cov.com
Patrick Norton Flynn (SBN 286108)
pflynn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94605
Telephone:    (650) 632-4709
Facsimile:    (650) 632-4800

Attorneys for Defendant and Counterclaim Plaintiff SILEGO TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>             Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>SILEGO TECHNOLOGY, INC.,<br><br>             Defendant and Counterclaim Plaintiff. | Case No.   3:13-cv-04412-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PATENT DISCLOSURE DEADLINES**<br><br>AND ORDER THEREON |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Cypress Semiconductor Corporation ("Cypress") and Defendant Silego Technology, Inc. ("Silego") agree to the following Stipulation and respectfully request that the Court enter an Order as follows:

WHEREAS Cypress is currently scheduled to serve its Disclosure of Asserted Claims and Infringement Contentions and accompanying document production on April 25, 2014, and Silego is currently scheduled to serve its Invalidity Contentions and accompanying document production on June 9, 2014 (Dkt. Nos. 33, 35, 38, 40, 42, 44, & 46);

WHEREAS the parties are engaged in settlement negotiations, have reached an agreement in principle, and desire additional time to finalize and execute the agreement before the parties must make the required patent disclosures under Patent Local Rules 3-1, 3-2, 3-3, and 3-4;

WHEREAS the parties have sought one previous time modification to allow Silego additional time to respond to Cypress's complaint (Dkt. No. 17) and five previous times modification to allow the parties additional time to make the required patent disclosures under Patent Local Rules 3-1, 3-2, 3-3, and 3-4 pending settlement negotiations (Dkt. Nos. 38, 39, 41, 43, & 45);

WHEREAS the requested time modification would require more time for the parties to complete the Early Neutral Evaluation, currently scheduled to be completed by April 17, 2014 under the presumptive deadline (Dkt. No. 32);

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of this Court, that the date for Cypress's Disclosure of Asserted Claims and Infringement Contentions and accompanying document production is extended to May 9, 2014 and the date for Silego's Invalidity Contentions and accompanying document production is extended to June 23, 2014.

Dated: April 25, 2014                    KAYE SCHOLER, LLP


                                         By: */s/ Michael J. Malecek*
                                             Michael J. Malecek
                                         Attorneys for Plaintiff and Counterclaim Defendant
                                         CYPRESS SEMICONDUCTOR CORPORATION

Dated: April 25, 2014                        COVINGTON & BURLING LLP

By:  */s/ Robert T. Haslam*
         Robert T. Haslam
Attorneys for Defendant and Counterclaim Plaintiff
SILEGO TECHNOLOGY, INC.

### ECF ATTESTATION

I, Michael J. Malecek, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Patent Disclosure Deadlines. In compliance with Civil Local Rule 5-1(i)(3), I attest that counsel for Defendants, Robert T. Haslam, has concurred in this filing.

Dated: April 25, 2014                        */s/ Michael J. Malecek*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: April 28, 2014          
                                              HON. MAXINE CHESNEY
                                              UNITED STATES DISTRICT JUDGE