| | |
|---|---|
| Michael J. Malecek (SBN 171034) | Robert T. Haslam, III (SBN 71134) |
| michael.malecek@kayescholer.com | rhaslam@cov.com |
| Marisa Armanino Williams (SBN 264907) | Anupam Sharma (SBN 229545) |
| marisa.armanino@kayescholer.com | asharma@cov.com |
| Robert S. Magee (SBN 271443) | Charlin Chia-Ning Lu (SBN 271121) |
| robert.magee@kayescholer.com | clu@cov.com |
| KAYE SCHOLER LLP | Patrick Norton Flynn (SBN 286108) |
| Two Palo Alto Square, Suite 400 | pflynn@cov.com |
| 3000 El Camino Real | COVINGTON & BURLING LLP |
| Palo Alto, California 94306 | 333 Twin Dolphin Drive, Suite 700 |
| Telephone: (650) 319-4500 | Redwood Shores, California 94605 |
| Facsimile: (650) 319-4700 | Telephone: (650) 632-4709 |
| | Facsimile: (650) 632-4800 |

Robert R. Laurenzi (NY Reg. No. 3024676)
*(Pro Hac Vice)*
robert.laurenzi@kayescholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598202) 783-6040
Telephone: (212) 836-8000
Facsimile: (212) 836-8999

Attorneys for Defendant and Counterclaim
Plaintiff SILEGO TECHNOLOGY, INC.

Terence Woodsome (SBN 240908)
twde@cypress.com
CYPRESS SEMICONDUCTORCORPORATION
198 Champion Court
San Jose, California 95134
Telephone: (408) 544-1035
Facsimile: (408) 456-1821

Attorneys for Plaintiff and Counterclaim Defendant
CYPRESS SEMICONDUCTOR CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>SILEGO TECHNOLOGY, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No.   5:13-cv-04412-MMC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff and Counterclaim Defendant Cypress Semiconductor Corporation ("Cypress") and Defendant and Counterclaim Plaintiff Silego Technology, Inc. ("Silego") agree to the following Joint Stipulation of Dismissal With Prejudice and respectfully request that the Court enter an Order as follows:

WHEREAS the parties have entered into a confidential settlement agreement;

WHEREAS subject to the terms of the confidential settlement agreement, Cypress and Silego have agreed to dismiss their respective claims and counterclaims with prejudice, with the exception that Silego may revive its counterclaims if Cypress files suit against Silego for infringement of the same asserted patents. Such dismissal shall apply only to Cypress and Silego and no other entity or persons, and does not apply to any successor companies or affiliates;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of this Court, that pursuant to Federal Rule of Civil Procedure 41(a), the claims and counterclaims in this case shall be dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: May 8, 2014          KAYE SCHOLER, LLP

                            By:  /s/ Michael J. Malecek
                                 Michael J. Malecek
                            Attorneys for Plaintiff and Counterclaim Defendant
                            CYPRESS SEMICONDUCTOR CORPORATION

Dated: May 8 , 2014         COVINGTON & BURLING LLP

                            By:  /s/ Robert T. Haslam
                                 Robert T. Haslam
                            Attorneys for Defendant and Counterclaim Plaintiff
                            SILEGO TECHNOLOGY, INC.

## ECF ATTESTATION

I, Michael J. Malecek, am the ECF User whose ID and password are being used to file this Joint Stipulation of Dismissal With Prejudice and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I attest that counsel for Defendants, Robert T. Haslam, has concurred in this filing.

Dated: May 8, 2014              /s/ Michael J. Malecek

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the claims and counterclaims asserted in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

**IT IS SO ORDERED.**

Dated: May 9, 2014

HON. MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE